IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>First Solar Derivative Litigation<br><br>This document relates to:<br><br>All Actions | No.: CV12-00769-PHX DGC<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER TRANSFERRING CASE** |

Plaintiffs Chuluuntsetseg Tsevegmid and Curtis Brownlee and defendants First Solar, Inc., Michael J. Ahearn, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, José H. Villarreal, Robert J. Gillette, James Zhu, and Bruce Sohn, having filed a motion to consolidate (Doc. 51), and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The parties' motion (Doc. 51) is **granted**. *Tsevegmid v. Ahearn*, No. 13-CV-01410-PHX-SRB shall be transferred and reassigned to the Honorable David G. Campbell.

Dated this 13th day of August, 2013.

_____
David G. Campbell
United States District Judge