IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re First Solar Derivative Litigation | No. CV12-00769-PHX-DGC<br><br>**ORDER** |

  Plaintiffs have filed a request for entry of judgment. Doc. 99. The Court previously dismissed Plaintiffs' insider trading and unjust enrichment claims with prejudice and their fiduciary duty claim without prejudice. Doc. 82. The Clerk shall enter Final judgment consistent with that order.

  Dated this 20th day of January, 2017.

_David G. Campbell_
David G. Campbell
United States District Judge